CITY OF HOUSTON
Legal Department

**John Whitmire**
Mayor

Arturo G. Michel
City Attorney
Legal Department
P.O. Box 368
Houston, Texas 77001-0368
City Hall Annex
900 Bagby, 4th Floor

T. 832.393.6491
F. 832.393.6259
www.houstontx.gov

October 5, 2026

United States Courts
Southern District
FILED
OCT 05 2026
Nathan Ochsner, Clerk of Court

Nathan Ochsner
Clerk of Court
Bob Casey United States Courthouse
515 Rusk Avenue
Houston, TX 77002

**Re: Civil Action No. 4:26-cv-04726; *Brinson v. City of Houston, et al*; in the United States District Court of the Southern District of Texas Houston Division.**

Dear Clerk of Court:

Enclosed please find for filing a copy of the CD submitted on October 5, 2026, containing Exhibits 1 & 2 to Defendant Officers' Motion to Dismiss (Doc. #27).

Respectfully,

/s/ Michelle C. Taylor

Michelle C. Taylor
Senior Assistant City Attorney

cc: Keith French
kfrench@peoplefirstfirm.com
Kevron McMillan
kmcmillan@peoplefirstfirm.com

Council Members: Amy Peck Tarsha Jackson Abbie Kamin Carolyn Evans-Shabazz Fred Flickinger Tiffany D. Thomas Mary Nan Huffman Mario Castillo
Joaquin Martinez Edward Pollard Martha Castex-Tatum Julian Ramirez Willie Davis Twila Carter Letitia Plummer Sallie Alcorn
Controller: Chris Hollins

**UNITED STATES DISTRICT COURT** **SOUTHERN DISTRICT OF TEXAS**

Savion Cartrell Dandre Brinson §
§
v. § **CASE NUMBER** 4:26cv4726
§
City Of Houston, et al §

Exhibit -CD forwarded to the Shelving Area..

**DOCUMENT IS:**

☐ **LOOSE IN FILE**

☐ **IN VAULT SEALED**

☒ **IN ~~BROWN~~ GREEN EXPANDABLE FOLDER**

**INSTRUMENT #**________